UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CHRISTOPHER KRAFCZEK, on behalf of himself and all others similarly situated,

                Plaintiff,

v.

CABLEVISION SYSTEMS CORP. and NEPTUNE HOLDINGS US CORP. d/b/a ALTICE USA,

                Defendants.

Case No. ___

New York State Case Number: 602715/2017

Notice of Removal of Action by Defendants Pursuant to 28 U.S.C. § 1332(d)(2)(A)

(Diversity Jurisdiction—Class Action Fairness Act)

---

## DECLARATION OF RANDY SPENCER IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL

I, Randy Spencer, hereby declare as follows:

1. I am employed by Altice USA as a Vice President of Collections and previously held that position at Cablevision Systems Corporation (Cablevision). In these roles, I have worked with Altice USA's customer data as part of my regular job functions, and I am familiar with the manner in which Altice USA's customers are billed for cable, Internet, and telephone services and with Altice USA's corporate records related to these billings. The facts contained in this declaration are based on my personal knowledge and my review of Altice USA's corporate records, and I can testify competently to them if called upon to do so.

2. According to Altice USA's customer and billing data, between October 2016 and May 3, 2017, Altice USA customers in New York, Connecticut, and New Jersey who completed voluntary disconnections of Altice USA service were billed, in the aggregate, greater than $5 million for the period between the date that each customer placed his or her order for the disconnection of service and the end of that customer's then-current billing period.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of May, 2017, at Jericho, New York.

_____
Randy Spencer

1