**MAYER•BROWN**

Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101

Main Tel +1 202 263 3000
Main Fax +1 202 263 3300
www.mayerbrown.com

August 25, 2017

**Archis A. Parasharami**
Direct Tel +1 202 263 3000
Direct Fax +1 202 830 3300
aparasharami@mayerbrown.com

<u>VIA ECF</u>

Honorable Joan M. Azrack
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-4438

Re:   *Krafczek v. Cablevision Systems Corp. et al.*,
         No. 2:17-cv-02915-JMA-SIL

Dear Judge Azrack:

We write on behalf of plaintiff Christopher Krafczek and defendants Cablevision Systems Corporation and Neptune Holding US Corporation (now known as Altice USA, Inc.) (collectively, "Defendants"). Pursuant to this Court's August 15, 2017 Order, we write to propose a briefing schedule for Defendants' motion to compel arbitration. We jointly propose the following briefing schedule for the Court's consideration:

- Defendants' motion to compel arbitration: September 25, 2017

- Plaintiff's opposition: November 3, 2017

- Defendants' reply: November 21, 2017

We thank the Court for its attention to this matter.

Respectfully submitted,

<u>/s/Marisa K. Glassman</u>              <u>/s/Archis A. Parasharami</u>
*Counsel for Plaintiff*                        *Counsel for Defendants*

cc (via ECF):  All counsel of record