United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

   17     CV  06697 (SJF)(AKT)

1) indicated that this case is related to the following case(s):

17-cv-02915 (JMA)(SIL)

-OR-

2) was directly assigned as a Pro Se case related to