FILED
CLERK
12/10/2018 11:19 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CHRISTOPHER KRAFCZEK, on behalf of himself and all others similarly situated,

    Plaintiffs,

v.

CABLEVISION SYSTEMS CORP. and NEPTUNE HOLDINGS US CORP. n/k/a ALTICE USA,

    Defendants.

Case No. 17-CV-2915 (JMA) (SIL)

**STIPULATION OF PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE**

WHEREAS, on March 30, 2017, Plaintiff Christopher Krafczek ("Plaintiff"), through his counsel, filed a Complaint against Cablevision Systems Corporation and Neptune Holdings US Corp. (now Altice USA, Inc.) (collectively "Defendants") in New York State court;

WHEREAS, on May 12, 2017, Defendants removed this action to federal court and on November 21, 2017, filed a Motion to Compel Arbitration and Stay the Litigation;

WHEREAS, on April 25, 2018, the Court granted Defendants' Motion to Compel Arbitration and Stay the Litigation;

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Christopher Krafczek, voluntarily dismisses his claims with prejudice; and,

WHEREAS, Defendants have consented to Plaintiff's voluntary dismissal with prejudice. This dismissal is filed solely with respect to the individual claims of Plaintiff, Christopher Krafczek, and not with respect to any claims of other potential members of a putative class.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Mr. Krafczek voluntarily dismisses his claims with prejudice.

Dated: December 7, 2018

Case closed.
SO ORDERED.
/s/ JMA, USDJ
12/10/2018

MORGAN & MORGAN

By: /s/ Marisa K. Glassman
    Marisa K. Glassman
    201 N. Franklin St., 7th Floor
    Tampa, FL 33602
    Telephone: (813) 223-5505
    Facsimile: (813) 222-2434
    mglassman@forthepeople.com

*Counsel for Plaintiff Christopher Krafczek*

MAYER BROWN LLP

By: /s/ Archis A. Parasharami
    Archis A. Parasharami
    1999 K Street, N.W.
    Washington DC, 20006-1001
    Telephone: (202) 263-3000
    aparasharami@mayerbrown.com

*Counsel for Defendants*